UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK FEW,

        Plaintiff,

   v.

LENOVO (UNITED STATES), INC.,

        Defendant.

Case No. 4:20-cv-03115-KAW

ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER

Re: Dkt. No. 8

On June 9, 2020, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

    IT IS SO ORDERED.

Dated: June 10, 2020

                                              KANDIS A. WESTMORE
                                            United States Magistrate Judge