AYSE KENT (SBN 251114)
ayse@aklaw.co
HILLARY W. MAJOR (SBN 321294)
hillary@aklaw.co
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 638-9471

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARK FEW,<br><br>**Plaintiff,**<br><br>vs.<br><br>LENOVO (UNITED STATES), INC., a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>**Defendants**. | Case No. 4:20-cv-03115-KAW<br><br>**STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR JOINT LETTER AND ATTACHMENTS; AND ORDER** |

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR JOINT LETTER AND ATTACHMENTS; AND ORDER; CASE NO. 4:20-cv-03115-KAW

1

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12, Plaintiff Mark Few ("Plaintiff") and Defendant Lenovo (United States), Inc. ("Defendant"), by and through their respective attorneys, hereby stipulate as follows:

### STIPULATION

WHEREAS, the Parties wish to file a Joint Letter regarding their discovery dispute about Defendant's responses to Plaintiff's Request for Production of Documents ("Joint Letter").

WHEREAS, the Parties' Joint Letter involves disputes that relate to a large number of Request for Production of Documents (*i.e.*, 40 requests) and for purposes of economy and judicial efficiency, the Parties have structured their Joint Letter so that they separately address an overarching issue with respect to multiple requests as opposed to filing multiple joint letters based on the same issue.

WHEREAS, given the number of requests in dispute, the Parties need to exceed the page limit set by the Court's Standing Order in their RPD Joint Letter. The Parties believe it is essential for them to exceed the page limit to fully brief the Court on their respective positions.

WHEREAS, because the Parties are required to attach the propounded discovery applicable original and amended responses as exhibits to their Joint Letters, they are unable to fully comply with the page limitation for the attachments.

NOW, THEREFORE, undersigned counsel for the parties, having met and conferred and good cause appearing, hereby stipulate and agree to extend the page limit for their Joint Letter briefs and the attachments thereto as follows:

1) The page limitation for the Parties' Joint Letter shall be extended to 16 pages.

2) The page limit for the attachments to the Parties' Joint Letter shall be extended to 62 pages (*i.e.*, relevant portions of Defendant's Original Responses to Plaintiff's Requests for Production of Documents (42 pages) and Defendant's Supplemental Responses (20 pages).

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR JOINT LETTER AND ATTACHMENTS; AND ORDER; CASE NO. 4:20-cv-03115-KAW

2

**IT IS HEREBY STIPULATED.**

Dated: August 11, 2021                               AK EMPLOYMENT LAW OFFICE


                                                     /s/ Ayse Kent
                                                     Ayse Kent
                                                     Attorney for Plaintiff MARK FEW


Dated: August 11, 2021                               SEYFARTH SHAW LLP


                                                     /s/ Justin T. Curley
                                                     Justin T. Curley
                                                     Parnian Vafaeenia
                                                     Attorneys for Defendants
                                                     LENOVO (UNITED STATES), INC


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Ayse Kent, attest that concurrence in the filing of this Joint Letter Regarding Plaintiff's Requests for Production of Documents has been obtained from the signatory, Justin T. Curley, counsel for Defendant.

Executed this 11th day of August 2021 in Tiburon, CA.


                                                     /s/ Ayse Kent
                                                     Ayse Kent

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2021

*Kandis Westmore*
Hon. Kandis A. Westmore
United States District Judge